AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
MAY 18 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Marquita Leigh Meredith
_Petitioner_

v.

C. Brammer
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 1:23-cv-00395
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Marquita Leigh Meredith
   (b) Other names you have used: Baby Girl
2. Place of confinement:
   (a) Name of institution: Alderson FPC
   (b) Address: 1 Glen Ray Rd Box A, Alderson, WV 24910
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court Eastern District Of Virginia
   (b) Docket number of criminal case: 4:19 cr 61
   (c) Date of sentencing: 3/5/20
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain)*: To get FSA Credits applied due to Supreme Court granting 924(c) offenses non-violent

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes          ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: BP-9 Administrative Remedy
      (2) Date of filing: 3/16/23
      (3) Docket number, case number, or opinion number: 1158951-F1
      (4) Result: Rejected to lack of case info
      (5) Date of result: 4/21/23
      (6) Issues raised: To have clarification on why my comp sheet is in partial. Only part says eligible the other says ineligible. New law O.States 924(c) offenses are non-violent offenses now which should deem me eligible. Wasn't able to re-do in the five days honored to resubmitt.

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: BP-9 Admin Remedy
        (2) Date of filing: 4/30/23
        (3) Docket number, case number, or opinion number: N/A
        (4) Result: Unit Team Manager M. Dillion wouldn't process my papers
        (5) Date of result: 5/10/23 Counseler Butler stated Dillion won't process it
        (6) Issues raised: My offense code is a 924(c) recently case U.S. v Eldridge 18-3294(2d Cir March 30, 2023) decision states 924(c) offenses are not considered a crime of violence no longer per Supreme Court decision. In light of US v Taylor, 142 S. Ct. 2015 (2022) In which deems me eligible for FSA Credits

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes      ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: Due to Unit Team obstructing the Administrative Remedy Process

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes      ☒ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  If "Yes," provide:
  (1) Name of court: _____
  (2) Case number: _____
  (3) Date of filing: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____
  _____
  _____
  _____
  _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
  ❏ Yes          ❏ No
  If "Yes," provide:
  (1) Name of court: _____
  (2) Case number: _____
  (3) Date of filing: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____
  _____
  _____
  _____
  _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
  _____
  _____
  _____
  _____
  _____

11. **Appeals of immigration proceedings**
  Does this case concern immigration proceedings?
  ❏ Yes          ❏ No
    If "Yes," provide:
  (a) Date you were taken into immigration custody: _____
  (b) Date of the removal or reinstatement order: _____
  (c) Did you file an appeal with the Board of Immigration Appeals?
    ❏ Yes          ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes          ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes          ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Eligible to recieve FSA FSA Credits

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
924(c) offenses are non-violent per S. Ct.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** Unit Team are obstructing the Administrative Remedy Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
By not allowing to get forms to file also not having open house so we can't proceed with our Remedies

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: I want my FSA Credits applied so I can recieve so my earned time credits. I pray this court honor the constitutional law

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_May 16th 2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _May 16th 2023_

_Without Prejudice UCC 1-308_
_Meredith Marquite Leigh_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any